KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 15-08060 PA (PLAx) |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| ANGELA D. ROBINSON, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, ANGELA D. ROBINSON, as to claim one, in the total amount of $1,133.63; as to claim two the total amount of $9,852.08 and as to claim three the total amount of $64,104.13; as to claim four the total amount of $15,723.01; as to the fifth claim the total amount of $10,521.65 for a total judgment amount of $101,334.50.

Dated: December 22, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1